# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2024-1516

—————————————————

ANTHONY MARSHALL,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

—————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

May 14, 2025

PER CURIAM.

    The Court dismisses as untimely the petition alleging ineffective assistance of appellate counsel. *See* Fla. R. App. P. 9.141(d)(5).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Anthony Marshall, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.